No. 88–6588.   McDowell v. California.   Sup. Ct. Cal.;
No. 88–6650.   Purtell v. Texas.   Ct. Crim. App. Tex.; and
No. 88–6716.   Nevius v. Sumner, Director, Nevada Department of Prisons, et al.   C. A. 9th Cir.   Certiorari denied.

Justice Brennan and Justice Marshall, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 88–987.   Hesse v. Board of Education of Township High School District No. 211, Cook County, Illinois, et al., 489 U. S. 1015;
No. 88–1240.   Ainsworth v. State Bar of California, 489 U. S. 1081;
No. 88–1279.   Sutherland v. United States Postal Service et al., 489 U. S. 1082;
No. 88–6317.   Maurer v. Ohio, 489 U. S. 1072; and
No. 88–6597.   In re McKnight, 489 U. S. 1077.   Petitions for rehearing denied.

No. 88–232.   Grossman v. United States, 488 U. S. 1040. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.   Petition for rehearing denied.

May 3, 1989

No. 88–7140 (A–875).   Adams v. Dugger, Secretary, Florida Department of Corrections.   C. A. 11th Cir.   Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied.   Certiorari denied.

Justice Brennan, with whom Justice Marshall joins, dissenting.

I

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth